UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANITA MERRITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:12-0792 |
| ) | Judge Sharp/Bryant |
| CAPITAL MANAGEMENT SERVICES, ) | **Jury Demand** |
| LP, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

The plaintiff has filed a "Notice of Voluntary Dismissal" (Docket Entry No. 5) of this case. The initial case management conference previously scheduled for October 1, 2012, at 10:00 a.m. (Docket Entry No. 3) is CANCELED.

The Clerk is directed to return the file to the District Judge for his consideration of the notice of dismissal.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge