UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUANITA MERRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:12-0792 |
| | ) Judge Sharp/Bryant |
| CAPITAL MANAGEMENT SERVICES, LP, | ) **Jury Demand** |
| | ) |
| Defendant. | ) |

### O R D E R

The plaintiff has filed a "Notice of Voluntary Dismissal" (Docket Entry No. 5) of this case. The initial case management conference previously scheduled for October 1, 2012, at 10:00 a.m. (Docket Entry No. 3) is CANCELED.

The Clerk is directed to return the file to the District Judge for his consideration of the notice of dismissal.

It is so **ORDERED**.

                                  s/ John S. Bryant
                                  JOHN S. BRYANT
                                  United States Magistrate Judge